UNITED STATES of America,
Plaintiff–Appellee,

v.

Angela JAMES, a/k/a Angela Airy James, a/k/a Barbara Ann Patterson, Defendant–Appellant.

No. 03–6667.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 23, 2003.

Decided Oct. 30, 2003.

Angela James, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILLIAMS, MOTZ and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Angela James appeals from the district court's order denying her motions seeking modification of her sentence. James pled guilty to drug trafficking charges in 1998. In her plea agreement, James waived her right to appeal her conviction or sentence in any direct appeal or post-conviction action. A waiver-of-appeal provision in a valid plea agreement is enforceable if it results from "a knowing and intelligent decision to forego the right to appeal." *United States v. Wessells,* 936 F.2d 165, 167 (4th Cir.1991). We find that the record shows that James knowingly and intelligently waived her right to appeal. Consequently, the valid appeal waiver precludes review of her motions to modify her sentence. Accordingly, we affirm the district court's order denying the motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*